# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-2821
_____

Zachery Scott Keesee

*Plaintiff - Appellant*

v.

Travis Eddleman, Deputy Marshal, U.S. Marshal Service; United States of America

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central

_____

Submitted: April 1, 2025
Filed: April 4, 2025
[Unpublished]

_____

Before GRUENDER, ERICKSON, and KOBES, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Zachery Keesee appeals the district court's[1] adverse grant of summary judgment in his pro se action bringing claims under the Federal Tort Claims

_____

[1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas.

Act (FTCA). After careful review of the record and the parties' arguments on appeal, we conclude that the grant of summary judgment was proper for the reasons stated by the district court. See Yassin v. Weyker, 39 F.4th 1086, 1089 (8th Cir. 2022) (standard of review).

The judgment is affirmed. See 8th Cir. R. 47B.

_____